John K. Kirby, State Bar No. 104590
Bina Ghanaat, State Bar No. 264826
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
E-Mail:      jkirby@burnhambrown.com
             bghanaat@burnhambrown.com

Attorneys for Plaintiff
John Hancock Life Insurance Company (U.S.A.)

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), a Michigan corporation,<br><br>             Plaintiff,<br><br>v.<br><br>COVENTRY LIFE LP, a Pennsylvania limited partnership; FIRST INSURANCE FUNDING CORPORATION OF CALIFORNIA, a California corporation; and BACASAL IRREVOCABLE TRUST, HARVEY A BOOKSTEIN, TRUSTEE, a California resident,<br><br>             Defendants. | No. CV13-5519 CAS (MANx)<br><br>**(~~PROPOSED~~) ORDER GRANTNG PLAINTIFF JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'S REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

        IT IS HEREBY ORDERED THAT UPON A SHOWING OF GOOD

CAUSE, the following is ordered:

        The action be, and hereby is, dismissed without prejudice.  The Clerk of

the Court is ordered to close the file.  *Christine A. Snyde*

DATED:  August 16, 2013

                                        _____
                                        HON. CHRISTINA A. SNYDER
                                        United States District Court Judge

4852-6586-4981, v. 1